NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FARSTONE TECHNOLOGY, INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant*

v.

**APPLE INC., A CALIFORNIA CORPORATION,**
*Defendant-Appellee*

---

2016-1210

---

Appeal from the United States District Court for the Central District of California in No. 8:13-cv-01537-ODW-JEM, Judge Otis D. Wright II.

---

**JUDGMENT**

---

KENNETH STEIN, Stroock & Stroock & Lavan LLP, New York, NY, argued for plaintiff-appellant. Also represented by JOSEPH DIAMANTE, CHARLES E. CANTINE, IAN DIBERNARDO.

JOSEPH R. PALMORE, Morrison & Foerster LLP, Washington, DC, argued for defendant-appellee. Also represented by SETH W. LLOYD, BRIAN ROBERT MATSUI; VINCENT JOSEPH BELUSKO, BITA RAHEBI, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 16, 2016                   /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court